371 A.2d 1303

Dieterle v. Wells, Appellant.

622

Argued November 16, 1976. Allen T. Lane, with him Wayman, Irvin, Trushel & McAuley, for appellant; Andrew J. Conner, with him Leonard J. Paletta, and Dunn & Conner, for appellee.

Judgment affirmed.

WATKINS, P. J., absent.